USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____
Sean Constable, Esq.
Admitted in NY & MA
_____
Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

November 12, 2019

Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  ABRAHAM V. PATH
       19 Civ. 1933 (LGS)

*Application GRANTED. The November 19, 2019, 10:30 a.m. show cause conference is adjourned until **December 17, 2019, at 10:30 a.m.** This show cause conference will be in lieu of the December 17, 2019, 10:30 a.m. pre-motion conference.*

*Dated: November 13, 2019*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

As Your Honor is aware, we are plaintiff's counsel in the above-entitled case scheduled for a show case hearing on November 19, 2019 at 10:30 AM.  I am writing to request a brief adjournment since I will actually be engaged in trial before Judge Louis L. Stanton on the matter of *Tricoche v. MTA*. I have conferred with defense counsel and he consents to the request and the parties are available as follows:

- December 3, 2019
- December 17, 2019 (scheduled for pre-motion conference at 10:30 AM with Your Honor on the instant matter)

Consequently, it is respectfully requested that the hearing be adjourned to a date and time listed above or a date and time convenient to the Court.

Respectfully submitted,

Marc Wietzke

MW:EF
cc: Jonathan Smith, Esq.