```
UNITED STATES DISTRICT COURT                       USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                      DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                                :  DOC #:_____
STEPHEN ABRAHAM,                                :  DATE FILED: 12/16/2019
                           Plaintiff,           :
                                                :  19 Civ. 1933 (LGS)
           -against-                            :
                                                :       ORDER
PORT AUTHORITY TRANS HUDSON CORP.,              :
                                                :
                           Defendant.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the December 17, 2019, 10:30 a.m. show cause hearing will be in **Courtroom 110**, on the first floor of 40 Foley Square, Thurgood Marshall United States Courthouse, and not in the Court's usual Courtroom.

Dated: December 16, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**