```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------- X ELECTRONICALLY FILED
                                                        : DOC #:_____
STEPHEN ABRAHAM,                                        : DATE FILED: 12/18/2019
                              Plaintiff,                :
                                                        :    19 Civ. 1933 (LGS)
              -against-                                 :
                                                        :         ORDER
PORT AUTHORITY TRANS HUDSON CORP.,                      :
                                                        :
                              Defendant.                :
------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing was held on December 17, 2019, for Plaintiff to show cause why this case should not be dismissed for failure to prosecute;

WHEREAS, at the show cause hearing, Plaintiff's counsel stated that Plaintiff has not participated in this litigation or communicated meaningfully with counsel for several months. Although Plaintiff was served with Orders regarding the hearing, Plaintiff did not appear for the hearing. It is hereby

**ORDERED** that Plaintiff's counsel, Sean Patrick Constable and Marc Twyman Wietzke, are relieved of their representation of Plaintiff. Mr. Constable and Mr. Wietzke are respectfully directed to serve a copy of this Order on Plaintiff. It is further

**ORDERED** that, in light of Plaintiff's failure to participate in this litigation or to meaningfully communicate with his counsel for months, the case is DISMISSED without prejudice. Should Plaintiff re-appear and wish to reopen the case, he may file a letter request, and explain his absence.

The Clerk of Court is respectfully directed to (1) terminate Mr. Constable and Mr. Wietzke as Plaintiff's counsel of record and (2) to close this action.

Dated: December 18, 2019
       New York, New York

                                    _____
                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**